IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THOMAS M. HORRAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN CAPITAL STRATEGIES, LTD.,<br><br>　　　　　Defendant. | CASE NO. . 4:11-cv-00553-JEG-CFB<br><br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Notice is hereby given that Thomas Horras, Plaintiff in the above named case and pursuant to Fed.R.Civ.P. 4(a)(4)(A)(iv) and (vi) hereby appeals to the United States Court of Appeals for the 8th Circuit from the Order dismissing this action entered on the 25th of June, 2012 and denying Plaintiff's Motions under Rule 59(e) and 60(b) on November 16, 2012.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Thomas M. Horras, Plaintiff/Appellant


　　　　　　　　　　　　By:　　/s/ Gail E. Boliver
　　　　　　　　　　　　　　　　Gail E. Boliver 000475
　　　　　　　　　　　　　　　　Boliver Law Firm
　　　　　　　　　　　　　　　　2414 S. Second Street
　　　　　　　　　　　　　　　　Marshalltown, IA 50158
　　　　　　　　　　　　　　　　Telephone: 641-752-7757
　　　　　　　　　　　　　　　　Facsimile: 641-752-6597
　　　　　　　　　　　　　　　　e-mail: boliver@marshallnet.com
　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF/APPELLANT

**CERTIFICATE OF SERVICE**

    This document was filed electronically on November 19, 2012.  The Clerk of Court to serve on all parties who receive electronic notice through CM/ECF as listed on the notice of electronic filing for this case and/or as listed below.

                                           /s/ Gail E. Boliver

Stanley J. Thompson, Esq.

Brian K. Condon, Esq.